1  Stephen J. Kaufman (State Bar #131605)
   skaufman@kaufmanlegalgroup.com
2  Steven J. Reyes (State Bar #212849)
   sreyes@kaufmanlegalgroup.com
3  **KAUFMAN LEGAL GROUP APC**
   777 S. Figueroa Street, Suite 4050
4  Los Angeles, California 90017
   Tel: (213) 452-6565   Fax: (213) 452-6575
5
6  Attorneys for Plaintiff WORKING CALIFORNIANS

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORKING CALIFORNIANS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES; and LOS ANGELES CITY ETHICS COMMISSION,<br><br>　　　　Defendants,<br><br>PAUL KREKORIAN,<br><br>　　　　Defendant-Intervenor. | CASE NO. CV09-8237 DDP (PJWx)<br><br>**NOTICE OF RULING AND REQUEST REGARDING STAY OF PROCEEDINGS** |

KAUFMAN LEGAL GROUP
777 S. Figueroa Street, Suite 4050
Los Angeles, California 90017
Tel: (213) 452-6565   Fax: (213) 452-6575

1   Pursuant to the Court's Order filed on January 5, 2010 (Dkt. 45), Plaintiff Working Californians, Defendants City of Los Angeles and Los Angeles City Ethics Commission (collectively "Defendants"), and Defendant-Intervenor Paul Krekorian, jointly file this Notice of Ruling and Request Regarding Stay of Proceedings.

Plaintiff's complaint in this action challenges the constitutionality of Los Angeles City Charter section 470(c)(5) and Los Angeles Municipal Code ("LAMC") section 49.7.24, which impose limits on contributions to political committees that make independent expenditures to support or oppose Los Angeles City candidates. On November 24, 2009, the Court denied Plaintiff's Ex Parte Application for Temporary Restraining Order and Application for an Order to Show Cause Why a Preliminary Injunction Should Not Issue.

At the request of the parties, the Court stayed these proceedings pending a ruling by the Ninth Circuit Court of Appeals in *Long Beach Area Chamber of Commerce v. City of Long Beach*, USCA Dkt. 07-55691. In the *Long Beach* case, the plaintiffs similarly challenged an ordinance that limited contributions to committees that make independent expenditures to support or oppose candidates in the City of Long Beach.

On April 30, 2010, the Ninth Circuit Court of Appeals issued an opinion in *Long Beach Area Chamber of Commerce v. City of Long Beach*, -- F.3d --, 2010 WL 1729710. The opinion held that the Long Beach ordinance violated the First Amendment as applied to the Long Beach Chamber of Commerce political action committee and similarly situated parties that make independent expenditures. Since the *Long Beach* decision was announced, the parties have conferred to discuss the possible disposition of this case consistent with this decision. The parties agree that it would be most efficient and would best preserve the interests of judicial economy to continue the current stay while those conversations between the parties continue.

Accordingly, the parties request that the Court continue the current stay of proceedings in this action for another thirty (30) days to allow for further

conversations between the parties. If no resolution of this case is forthcoming, the parties will submit a joint status report and request for a case management conference to the Court on or before July 1, 2010, asking the Court to schedule a case management conference within thirty (30) days thereafter to determine the best approach for the disposition of this case.

Kaufman Legal Group, APC

Dated: _____, 2010        By: _____
                                    Stephen J. Kaufman
                                    Attorneys for Plaintiff, Working
                                    Californians

Office of the City Attorney

Dated: _____, 2010        By: _____
                                    Renee Stadel, Deputy City Attorney
                                    Attorneys for Defendants City of Los
                                    Angeles and Los Angeles City Ethics
                                    Commission

Dated: _____, 2010        By: _____
                                    Fredric D. Woocher
                                    Attorneys for Defendant-Intervenor,
                                    Paul Krekorian

KAUFMAN LEGAL GROUP
777 S. Figueroa Street, Suite 4050
Los Angeles, California 90017
Tel: (213) 452-6565   Fax: (213) 452-6575

WCA3726.005/51757

NOTICE OF RULING AND REQUEST REGARDING STAY OF PROCEEDINGS
2

1  conversations between the parties. If no resolution of this case is forthcoming, the
2  parties will submit a joint status report and request for a case management conference
3  to the Court on or before July 1, 2010, asking the Court to schedule a case
4  management conference within thirty (30) days thereafter to determine the best
5  approach for the disposition of this case.

Kaufman Legal Group, APC

Dated: 6/1/  , 2010    By: _____
Stephen J. Kaufman
Attorneys for Plaintiff, Working Californians

Office of the City Attorney

Dated: _____, 2010    By: _____
Renee Stadel, Deputy City Attorney
Attorneys for Defendants City of Los Angeles and Los Angeles City Ethics Commission

Dated: _____, 2010    By: _____
Fredric D. Woocher
Attorneys for Defendant-Intervenor, Paul Krekorian

NOTICE OF RULING AND REQUEST REGARDING STAY OF PROCEEDINGS
2

WCA3726.005/51757

conversations between the parties. If no resolution of this case is forthcoming, the parties will submit a joint status report and request for a case management conference to the Court on or before July 1, 2010, asking the Court to schedule a case management conference within thirty (30) days thereafter to determine the best approach for the disposition of this case.

Kaufman Legal Group, APC

Dated: _____, 2010    By: _____

Stephen J. Kaufman
Attorneys for Plaintiff, Working Californians

Office of the City Attorney

Dated: June 1, 2010    By: /s/ Renee A. Stadel

Renee Stadel, Deputy City Attorney
Attorneys for Defendants City of Los Angeles and Los Angeles City Ethics Commission

Dated: _____, 2010    By: _____

Fredric D. Woocher
Attorneys for Defendant-Intervenor, Paul Krekorian

KAUFMAN LEGAL GROUP
777 S. Figueroa Street, Suite 4050
Los Angeles, California 90017
Tel: (213) 452-6565  Fax: (213) 452-6575

WCA3726.005/51757

NOTICE OF RULING AND REQUEST REGARDING STAY OF PROCEEDINGS
2

conversations between the parties. If no resolution of this case is forthcoming, the parties will submit a joint status report and request for a case management conference to the Court on or before July 1, 2010, asking the Court to schedule a case management conference within thirty (30) days thereafter to determine the best approach for the disposition of this case.

Kaufman Legal Group, APC

Dated: _____, 2010    By: _____

Stephen J. Kaufman
Attorneys for Plaintiff, Working Californians

Office of the City Attorney

Dated: _____, 2010    By: _____

Renee Stadel, Deputy City Attorney
Attorneys for Defendants City of Los Angeles and Los Angeles City Ethics Commission

Dated: 6/1, 2010    By: /s/ Fredric Woocher

Fredric D. Woocher
Attorneys for Defendant-Intervenor, Paul Krekorian

---

WCA3726.005/51757

NOTICE OF RULING AND REQUEST REGARDING STAY OF PROCEEDINGS
2